IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *

v.                                 * Criminal Case No. PJM-23-061

STEPHEN KENNEDY                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR EXTENSION OF MOTION FILING DEADLINE**

The Defendant, Stephen Kennedy, by and through his attorney Alfred Guillaume III, moves this Honorable Court to extend the deadline for filing pretrial motions from May 10, 2024, until May 17, 2024. The grounds for this relief are as follows:

1. The current deadline for filing pretrial motions is May 10, 2024.

2. Counsel for Mr. Kennedy is actively engaged in plea negotiations and needs additional time to decide whether filing pretrial motions is necessary.

3. An extension of the motions filing deadline until May 17, 2021, will not delay any hearing that is now scheduled. Assistant United States Attorney Christopher Sarma does not oppose defense counsel's extension request.

4. Counsel for co-defendant Donnell Kelly, George Harper, does not object to extending the motions deadline for his client until May 17, 2024.

WHEREFORE, the defendant Stephen Kennedy respectfully requests that the deadline for filing pretrial motions for both defendants be extended until May 17, 2024, and the government be given until May 31, 2024, to respond, and any reply be due on June 7, 2024.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, # 30117
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Consent Motion For Extension Of Motion Filing Deadline was electronically filled with the Clerk via the CM/ECF system on May 1, 2024, with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.