UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: United States v. Kennedy
Criminal No. PJM 23-061

DATE: October 10, 2024

\* \* \*

A two-week jury trial for Defendant Stephen Kennedy is scheduled to begin on January 27, 2025. Accordingly, counsel should review my trial procedure in **criminal trials** below, which includes deadlines for several deliverables to the Court.

I.

Local Rule 210, governing pretrial procedure in criminal cases, adopts the provisions of Local Rules 106.7 and 106.8. Accordingly:

A. Counsel should comply with Rule 106.7 with regard to pretrial numbering and pretrial review of exhibits.

B. Counsel should also comply with Local Rule 106.8, dealing with voir dire questions, jury instructions, and special verdict forms.

In addition to provisions of the rule, I ask that counsel consult in advance of trial with regard to proposed voir dire, jury instructions, and special verdict forms. Where counsel agree on a voir dire question or jury instruction or special verdict form, they shall submit a joint proposed voir dire question or instruction or special verdict form. Where they disagree, using the same sequence, counsel shall submit alternative proposed voir dire questions, instructions (with case citations), or special verdict forms. To the maximum extent possible, an alternative voir dire question or jury instruction shall bear the same number for the Government as it does for Defendant. Thus, the Government's alternative instruction number 1 should deal with the same issue as Defendant's alternative instruction number 1, etc.

1

C. **Voir Dire.** Counsel should submit proposed voir dire **by midday on Thursday, January 23, 2025** to allow the Court to review the proposals before trial.

D. **Witness and Exhibit Lists.** Counsel should submit to the Court a list of all witnesses the party proposes to call (except for impeachment witnesses). Counsel should also submit a list of the exhibits expected to be introduced, indicating the exhibit number and a brief description of the nature of the exhibit. Impeachment exhibits need not be listed. The lists are due on the morning of the first day of trial.

E. **Jury Instructions and Special Verdict Forms.** Counsel should submit proposed jury instructions and special verdict forms **by the first day of trial.**

F. Unless the Court directs otherwise, trial memoranda may be submitted at the option of counsel.

## II.

Unless alternatively ordered, trials will be held on Mondays through Fridays, from 10:00 am to 4:30 pm with short mid-morning and mid-afternoon breaks. Lunch will be from 1:00 pm to 2:00 pm.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Court File